M. P. No. 73-121. NARRAGANSETT SCHOOL COMMITTEE *v.* RHODE ISLAND STATE LABOR RELATIONS BOARD. Petition for writ of certiorari denied. Petitioner's motion for stay of judgment and proceedings in Superior Court and of order of State Labor Relations Board pending court's determination on issu-

ance of writ is denied. Petitioner's motion for stay of judgment and proceedings in Superior Court and of order of State Labor Relations Board pending court's decision on merits denied. Joslin, J., not participating. *Adler, Pollock & Sheehan, Inc., Patrick A. Liguori,* for petitioner. *Giovanni Folcarelli,* for Rhode Island Public Employees, Council 70, AFSCME, AFL-CIO; *Vincent F. Kane,* for respondent.

